IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| COLTON BOWERS,<br><br>    Plaintiff,<br><br>v.<br><br>TOYS "R" US – DELAWARE, INC.,<br>JEFFREY POWELL, JADA MANGUM, and<br>LOUISE HARKINS (a/k/a Louise Lawrence<br>and a/k/a Louise Vanwagenen),<br><br>    Defendants. | Civil Action No.: 3:16-cv-00179-GCM |

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Extend Case Deadlines and Trial Date. For good cause show, the parties' Motion is GRANTED and it is HEREBY ORDERED that the case deadlines are extended as follows:

| **Action** | **Deadline** |
|---|---|
| Discovery Deadline | June 19, 2017 |
| Mediation Deadline | July 1, 2017 |
| Dispositive Motions Deadline | July 19, 2017 |
| Trial Date | On or after December 4, 2017 |

Signed: March 14, 2017

Graham C. Mullen
United States District Judge